SCWC-11-0000697

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

LOUIS ROBERT SANTIAGO, as Trustee of the Louis Robert Santiago Revocable Living Trust dated November 17, 1999, as amended, and YONG HWAN SANTIAGO, as Trustee of the Yong Shimabukuro Recoverable Living Trust dated July 25, 1996, as amended, Petitioners/Plaintiffs-Appellants/Cross-Appellees,

vs.

RUTH TANAKA, Respondent/Defendant-Appellee/Cross-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000697; CIVIL NO. 08-1-0094)

ORDER DISMISSING MOTION FOR RECONSIDERATION
OF THE ORDER DISMISSING MOTION FOR STAY OF JUDGMENT
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Respondent/Defendant-Appellee/Cross-Appellant Ruth Tanaka's motion for reconsideration of the order dismissing motion for stay of

judgment, filed on May 23, 2016, the papers in support thereof, and the records and files herein,

IT IS HEREBY ORDERED that the motion is dismissed.

DATED: Honolulu, Hawaiʻi, June 1, 2016.

Gary Victor Dubin and
Frederick J. Arensmeyer
for petitioner

Robert Goldberg
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

